**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                          NOT FOR CITATION

9            IN THE UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12   RICKEY LOUIS ALFORD,                )    No. C 09-03309 JF (PR)
                                          )
13              Plaintiff,                )    ORDER DIRECTING PLAINTIFF
                                          )    TO FILE NOTICE OF INTENT TO
14      vs.                               )    PROSECUTE; DIRECTING
                                          )    PLAINTIFF TO PAY FILING FEE
15                                        )    OR *IN FORMA PAUPERIS*
                                          )    APPLICATION
16   M. PARKER, et al.,                   )
                                          )
17              Defendants.               )
     ─────────────────────────────────── )

18

19          On July 20, 2009, Plaintiff, a state prisoner, filed the instant civil rights action

20   pursuant to 42 U.S.C. § 1983.  On the same day, the clerk of the Court sent a

21   notification to Plaintiff that his complaint was deficient because Plaintiff did not pay

22   the filing fee or file In Forma Pauperis Application.  (Docket No. 2.)  The

23   notification included the warning that the case would be dismissed if Plaintiff failed

24   to respond within thirty days.  On August 7, 2009, the Court's mail to Plaintiff was

25   returned with the remark "Inmate Refused."  (Docket No. 3.)  As of the date of this

26   order, Plaintiff has not communicated with the Court or submitted any further

27   pleadings in this case.

28          Pursuant to Federal Rule of Civil Procedure 41(b), a district court may sua

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.09\Alford03309_41b-notice.wpd

**United States District Court**
For the Northern District of California

1 | sponte dismiss an action for failure to prosecute or to comply with a court order.

2 | See Link v. Wabash R.R., 370 U.S. 626, 633 (1962); McKeever v. Block, 932 F.2d

3 | 795, 797 (9th Cir. 1991).  But such a dismissal should only be ordered when the

4 | failure to comply is unreasonable.  See id.  A court should afford the litigant prior

5 | notice of its intention to dismiss.  See Malone v. United States Postal Serv., 833 F.2d

6 | 128, 133 (9th Cir. 1987).

7 | It is Plaintiff's responsibility to prosecute this action.  The Court cannot

8 | proceed with this action until Plaintiff informs the Court of his continued intent to

9 | prosecute this action.  Accordingly, **no later than thirty (30) days** from the date

10 | this order is filed, Plaintiff shall file with the Court a notice of his continued intent to

11 | prosecute.  **Failure to do so will result in the dismissal of this action without**

12 | **prejudice for failure to prosecute under Rule 41(b) of the Federal Rules of Civil**

13 | **Procedure, and without further notice to Plaintiff**.  See Malone, 833 F.2d at 133

14 | (the district court should afford the litigant prior notice before dismissing for failure

15 | to prosecute).

16 | Plaintiff shall also pay the filing fee or file a completed in forma pauperis

17 | application **no later than thirty (30) days** from the date this order is filed.  **Failure**

18 | **to do so will result in the dismissal of this action for failure to pay the filing fee.**

19 | IT IS SO ORDERED.

20 | DATED: _____11/23/09_____

21 | JEREMY FOGEL
United States District Judge

22

23

24

25

26

27

28

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.09\Alford03309_41b-notice.wpd          2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


RICKEY L. ALFORD,

          Plaintiff,

  v.

M. PARKER, et al.,

          Defendants.

                                      /

Case Number: CV09-03309 JF

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on    11/30/09   , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Rickey Louis Alford J39242
CA State Prison-Los Angeles County
PO Box 4670
Lancaster, CA 93539


Dated:    11/30/09

                           Richard W. Wieking, Clerk