*E-Filed 3/26/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICKEY LOUIS ALFORD, | No. C 09-3309 RS (PR) |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| v. | |
| M. PARKER, et al., | |
| Defendants. | |

This is a civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983. Plaintiff was ordered to file a notice of his intent to prosecute this action, and to pay the filing fee, or file a complete application to proceed *in forma pauperis*. Such documents were to be filed by December 30, 2009 or the action would be dismissed. Plaintiff still has not filed any of the specified documents. Accordingly, the complaint, and thereby the action, is DISMISSED without prejudice.

The Clerk shall enter judgment in favor of defendants and close the file.

**IT IS SO ORDERED**.

DATED: March 26, 2010

RICHARD SEEBORG
United States District Judge

No. C 09-3309 RS (PR)
ORDER OF DISMISSAL